UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VANSICKLE,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF MARTINEZ, et al.,<br><br>        Defendants. | Case No. 19-cv-04147-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 2/14/2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: 11/29/2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 4/17/2020.

DESIGNATION OF EXPERTS: 5/1/2020; REBUTTAL: 5/29/2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 6/12/2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; 7/10/2020;
    Opp. Due: 7/24/2020; Reply Due: 7/31/2020;
    and set for hearing no later than 8/14/2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 11/24/2020 at 3:30 PM.

JURY TRIAL DATE: 12/7/2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 to 7 days.


SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Early settlement conference scheduled for 12/18/2019 before Magistrate Judge Sallie Kim.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: October 21, 2019

_____
SUSAN ILLSTON
United States District Judge