UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VANSICKLE,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY OF MARTINEZ, et al.,<br><br>        Defendants. | Case No. 19-cv-04147-SI  (SI)<br><br>**SECOND PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **October 2, 2020**

DESIGNATION OF EXPERTS: **October 26, 2020**; REBUTTAL: **November 13, 2020**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **December 11, 2020**

DISPOSITIVE MOTIONS **SHALL** be filed by: **January 8, 2021**;
    Opp. Due: **January 22, 2021**; Reply Due: **January 29, 2021**;
    and set for hearing no later than **February 12, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **March 2, 2021 at 3:30 PM**.

JURY TRIAL DATE: **March 15, 2021 at 8:30 AM**.
    Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: August 10, 2020

_____
SUSAN ILLSTON
United States District Judge