1

**LAW OFFICES OF JOHN L. BURRIS**
JOHN L. BURRIS, ESQ., (SBN 69888)

2

K. CHIKE ODIWE, ESQ., (SBN 315109)

3

Airport Corporate Centre
7677 Oakport Street, Suite 1120

4

Oakland, California 94621
Telephone: (510) 839-5200

5

Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

6

chike.odiwe@johnburrislaw.com

7

**LAW OFFICES OF JOHN L. BURRIS**

8

DEWITT M. LACY, ESQ., (SBN 258789)
9701 Wilshire Blvd., Suite 1000

9

Beverly Hills, California 90212
Telephone: (310) 601-7070

10

Facsimile: (510) 839-3882
dewitt.lacy@johnburrislaw.com

11

12

Attorneys for Plaintiff
AARON VANSICKLE

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

16

AARON VANSICKLE, an individual,

Case No. 3:19-cv-04147-SI

17

Plaintiff,

18

v.

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

19

CITY OF MARTINEZ, a municipal

20

corporation; ZACHARY POERTNER,
individually and in his official capacity as an

21

officer for the Martinez Police Department; and
DOES 1-50,

22

Defendants.

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1    The parties settled this action on or about November 6, 2020 and have fully executed the terms of

2    the settlement agreement. As such, Plaintiff AARON VANSICKLE and defendants CITY OF

3    MARTINEZ, and ZACHARY POERTNER acting by and through their attorneys of record, hereby

4    stipulate for an Order of Dismissal of the Entire Action with Prejudice, with each side to bear their own

5    fees and costs.

6    IT IS SO STIPULATED.

7                                               Respectfully submitted,

8    Dated:  January 11, 2021                   LAW OFFICES OF JOHN L. BURRIS

9                                               By:  ____/s/ K. Chike Odiwe_____

10                                                   John L. Burris
                                                     DeWitt M. Lacy
11                                                   K. Chike Odiwe
                                                     Attorneys for the Plaintiff
12                                                   AARON VANSICKLE

13

14                                               ALLEN, GLAESSNER, HAZELWOOD AND WERTH, LLP

15

16   Dated:  January 11, 2021                   By:*_/s/_____

17                                                  Kevin Allen
                                                    Attorney for Defendants
18                                                  CITY OF MARTINEZ
                                                    ZACHARY POERTNER
19

20

21

22

23

24

25

26

27

28

1

1

2

### [PROPOSED] ORDER

3    Having considered the parties' stipulation and good cause appearing, the Entire Action is

4    Dismissed with Prejudice, each side to bear their own fees and costs.

5    IT IS SO ORDERED.

6

7    DATED:  January 21, 2021

      UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE